In the Matter of the Accounting of BANK OF NEW YORK AND FIFTH AVENUE BANK, as Trustee under an Agreement of Trust Made by ALFRED H. SMITH, Deceased.

CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executor and Trustee under the Will of ANN H. SMITH, Deceased, et al., Respondents; ANN C. E. S. WATEROUS, Appellant.

Argued April 17, 1952; decided June 5, 1952.

*Joseph V. Lane, Jr., Joseph Richter* and *Daniel S. Levy* for appellant.

*John H. Frey* for Chase National Bank of the City of New York, respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the fund; no opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ.